UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-20048-CIV-MARTINEZ-OTAZO-REYES

KENOLD ALCENA, *et al.*,

    Plaintiffs,

vs.

P-1 SECURITY CORP., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion for Order to Show Cause, (ECF No. 16) pursuant to 28 U.S.C. § 636. Judge Otazo-Reyes filed a Report and Recommendation, (ECF No. 27), recommending that (1) Plaintiffs' Motion for Order to Show Cause be granted; (2) Defendant Pedro Gonzalez ("Defendant") be held in contempt of court based upon his failure to comply with the Third Hearing Order directing him to appear by telephone at the December 3, 2020 Show Cause Hearing, (ECF No. 24); and (3) a fine of $100 per day be imposed until Defendant purges himself of the contempt. Neither party has filed objections to the Report and Recommendation and the deadline to do so has passed. After careful consideration, it is hereby

**ADJUDGED** that Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 27), be **AFFIRMED AND ADOPTED**. Accordingly, it is

**ADJUDGED** that:

    1.    Plaintiffs' Motion for Order to Show Cause, (ECF No. 16), is **GRANTED**.

2. Defendant Pedro Gonzalez is held in civil contempt for failing to comply with the Third Hearing Order directing him to appear by telephone at the December 3, 2020 Show Cause Hearing, (ECF No. 24).

3. Defendant Pedro Gonzalez shall pay a fine of $100 per day, from the date of this Order until he purges himself of the contempt.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided via CM/ECF to:
All counsel of record
Magistrate Judge Otazo-Reyes

Copies provided via U.S. Mail to:
Pedro Gonzalez
9126 NW 181 St.
Hialeah, Florida 33018